170 A.3d 307

STATE OF NEW JERSEY, PLAINTIFF, v. LAWRENCE CRAWFORD, DEFENDANT–MOVANT.

June 29, 2017

## ORDER

It is ORDERED that the motion for an extension of time to file an appellant's brief (M–1400) is granted.

170 A.3d 307

B.F., PLAINTIFF–PETITIONER, v. TOWNSHIP OF HAZLET, ET AL., DEFENDANTS, AND HAZLET BOARD OF EDUCATION, ITS MEMBERS INDIVIDUALLY, DEFENDANTS–RESPONDENTS, AND RALPH RUSSO, THIRD–PARTY DEFENDANT, AND DELORES DESANTO, INDIVIDUALLY AND IN HER OFFICIAL CAPACITY, ET AL., DEFENDANTS.

June 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000918–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.